UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Mangosoft, Inc. and</u>
<u>Mangosoft Corporation</u>,

        v.                              Case No. 02-cv-545-SM

<u>Oracle Corporation</u>

<u>O R D E R</u>

Effective October 1, 2005, Electronic Case Filing ("ECF") became mandatory in all cases in this district. With the exception of Attorney Dorian Daley, all counsel in this case have now registered for ECF.

It has come to the court's attention that Attorney Daley, one of four counsel representing the Defendant, is on extended medical leave and, as a result, has been unable to register for ECF. As a result, Attorney Daley's continued participation in the case at this time requires the court and the parties continue to serve her with paper copies of pleadings, orders and notices filed in the case. Thus, the court will allow another attorney from Oracle Corporation to file a substitute appearance for Attorney Daley during her medical leave contingent on that attorney simultaneously filing an ECF Registration form. Upon her return from leave, Attorney Daley may again file an appearance in the case at no fee and submit an ECF Registration form. If no substitute appearance is filed by October 24, 2005, then the court will temporarily revoke Attorney Daley's pro hac admission until she returns from leave and files an appearance and ECF Registration form with the court.

SO ORDERED.

Date: October 11, 2005

_____
Steven J. McAuliffe
Chief Judge

cc:   Paul T. Ehrlich, Esq.
      Paul J. Hayes, Esq.
      Danielle Leah Pacik, Esq.
      Matthew D. Powers, Esq.
      Martha Van Oot, Esq.
      Alexander J. Walker, Esq.