UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Mangosoft, Inc., and</u>
<u>Mangosoft Corporation</u>

    v.                                       Civil No. 02-cv-545-SM

<u>Oracle Corporation</u>,

**O R D E R**

       Re:  (Document No. 93) Motion to Request Rulings on
the Parties' Cross Motions for Summary Judgment

Granted, to the extent the court of course will rule on all pending motions. Counsel will be among the first to know when rulings have been made. In the meantime, perhaps other matters might constructively occupy counsel's time, as they do the court's. To the extent the purpose of the motion is merely to inform the court that Oracle is not inclined to mediate at this point, it was unnecessary; Oracle's mediation stance has nothing at all to do with the pending motions, including when they will be resolved.

    **SO ORDERED.**

                                            _____
                                            Steven J. McAuliffe
                                            Chief Judge

January 11, 2006

cc:  Alexander J. Walker, Esq.
     Paul J. Hayes, Esq.
     Danielle L. Pacik, Esq.
     Leeron G. Kalay, Esq.
     Martha Van Oot, Esq.
     Matthew D. Powers, Esq.
     Matthew M. Sarboraria, Esq.
     Paul T. Ehrlich, Esq.