UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Mangosoft, Inc. and</u>
<u>Mangosoft Corporation,</u>
     Plaintiffs

     v.                     Case No. 02-cv-545-SM

<u>Oracle Corporation,</u>
     Defendant

## **J U D G M E N T**

In accordance with the Orders of Chief Judge Steven J. McAuliffe dated March 14, 2006 and March 28, 2007, judgment is hereby entered.

                      By the Court,

                      /s/ Daniel J. Lynch

                      Daniel J. Lynch
                      Chief Deputy Clerk

March 29, 2007

cc:    All Counsel of Record